UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BAYSHORE FORD TRUCK SALES, INC., ET AL.** : <br> : <br> : Civil Action No. 99-741 (JLL) <br> : <br> **Plaintiff(s),** : ORDER <br> v. : <br> : <br> **FORD MOTOR COMPANY** : <br> : <br> : <br> **Defendant(s).** : <br> : | |

    **THIS MATTER** comes before the Court on the motion of Richard B. McNamara, Esq. to withdraw as counsel for Plaintiffs; and the Court having considered the motion; and it appearing that Plaintiffs will continue to be represented by other Class Counsel, including Eric L. Chase, Esq.; and it appearing that counsel for Defendant has no objection to the motion; and for good cause shown

    **IT IS** on this 25th day of November, 2009

    **ORDERED THAT** the motion of Richard B. McNamara, Esq. to withdraw as counsel for Plaintiffs (Docket Entry No. 315) is hereby **granted**.

                                           *s/ Claire C. Cecchi*
                                           **HON. CLAIRE C. CECCHI**
                                           **United States Magistrate Judge**